KATHLEEN BAILEY, Appellant, v VILLAGE OF SARANAC LAKE, INC., Respondent.

Submitted January 22, 2013; decided February 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.